IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>[1] JOAN FELIX SANTANA-RUBIO,<br><br>　　　　Defendant. | Criminal No. 25-222 (FAB) |

**UNITED STATES' MOTION REQUESTING ORDER TO SCHEDULE AN INITIAL APPEARANCE AND ARRAIGNMENT HEARING FOR DEFENDANT**

TO THE HONORABLE COURT:

COME NOW the United States of America, which very respectfully state, allege and pray as follows:

1. On May 7, 2025, a grand jury sitting in the District of Puerto Rico returned an Indictment charging Joan F. Santana-Rubio (Santana-Rubio) with Conspiracy to Possess with Intent to Distribute a Controlled Substance and a Firearms Trafficking Conspiracy. (ECF No. 13).

2. Santana-Rubio is currently detained at MDC and pending trial in criminal case 23-346(FAB). He is being represented by CJA counsel Robert Millan in case 23-346(FAB).

**WHEREFORE**, the United States respectfully requests that this Honorable Court issue an order scheduling the Initial Appearance and Arraignment hearings for the defendant and that it appoints CJA counsel Robert Millan to represent defendant in case 25-222(FAB).

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 16th of April 2025.

        W. STEPHEN MULDROW
        United States Attorney

        /s/ Antonio J. López-Rivera
        Antonio J. López-Rivera
        Assistant United States Attorney
        USDC No. G03904
        350 Carlos Chardón Ave.
        Torre Chardón Bldg. Suite 1201
        San Juan, PR 00918-2142
        Tel: (787) 766-5656
        Email: antonio.j.lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of April 2025.

/s/ Antonio J. López-Rivera
Antonio J. López-Rivera – G03904
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
antonio.j.lopez@usdoj.gov
